*In re* María M. Figueroa Carrasquillo.

*Número:* TS-8967          *Resuelto:* 21 de marzo de 2003

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *María M. Figueroa Carrasquillo, pro se.*

## RESOLUCIÓN

Examinados la moción de reinstalación al ejercicio de la abogacía de la peticionaria y el Informe de la Lic. Carmen H. Carlos, directora de la Oficina de Inspección de Notarías, *se accede a lo solicitado y se ordena la reinstalación inmediata de la peticionaria al ejercicio de la abogacía.*

Conforme a lo informado por la abogada en su solicitud, ella deberá consignar en el Tribunal de Primera Instancia, Sala Superior de San Juan, la cantidad indicada en su escrito en devolución de los honorarios que le fueron entregados por la Sra. Emilia Fontánez. *Se le concede un término de sesenta días, contados a partir de la notificación*

*de esta Resolución, para consignar dicha cantidad. Una vez cumpla con los términos de esta Resolución, deberá comparecer ante este Tribunal y así informarlo.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*